# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| J.E.H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-640-CMS |
| | ) | |
| FRANK BISIGNANO, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Report and Recommendation [Doc. No. 5] (R&R) of United States Magistrate Judge Chris M. Stephens.  The Magistrate Judge recommends denying Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2].  Plaintiff has now filed an Amended Application [Doc. No. 9] that is subject to consideration by the Magistrate Judge.  Based on that filing, the Court finds Plaintiff's Application should be denied as moot.

IT IS THEREFORE ORDERED that the R&R is ADOPTED to the extent it finds Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] should be denied.  For the reasons set forth, the Application is DENIED as MOOT.

IT IS SO ORDERED this 20th day of April, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE